UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CURTIS MINNARD,

        Plaintiff,

   v.

ROTECH HEALTHCARE, INC.,
and DOES 1 through 100
inclusive,

        Defendants.
_____/

NO. CIV. S-06-01460 WBS GGH

ORDER OF RECUSAL

----oo0oo----

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that 28 U.S.C. section 455(a)(4) mandates the disqualification of the undersigned,

IT IS THEREFORE ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned.

2. That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate

///

1  adjustments in the assignments of civil cases to compensate for
2  such reassignment.
3  DATED:   September 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2