1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN: 178050)
2  Kristina M. Launey (SBN: 221335)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile:  (916) 558-4839

5

6  Attorneys for Defendant
   ROTECH HEALTHCARE, INC.
7

8  Malcolm Sher (SBN 72629)
   Carla V. Minnard (SBN 176015)
9  SHER ♦ MINNARD, LLP
   1850 Mt. Diablo Blvd., Suite 610
10 Walnut Creek, CA 94596
   Telephone:  (925)906-0990
11 Facsimile:  (925)906-0999

12 Attorneys for Plaintiff,
   CURTIS MINNARD
13

14

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

18 CURTIS MINNARD,                    ) Case No. 2:06-CV-01460-GEB-GGH
                                      )
19       Plaintiff,                   )
                                      )
20   vs.                              ) **STIPULATION AND ORDER TO**
                                      ) **EXTEND DEADLINE FOR**
21 ROTECH HEALTHCARE INC., and DOES 1 ) **DISCLOSURE OF EXPERTS**
   to 100 inclusive,                  )
22                                    )
         Defendants.                  ) **TRIAL DATE:  September 23, 2008**
23                                    )
   _____)
24

25      Pursuant to the Court's December 8, 2006 Pretrial Scheduling Order, the deadline for

26 each party's initial expert witness disclosure and report requirements is on or before September

27 21, 2007, with rebuttal expert disclosures by October 22, 2007.

28

**STIPULATION AND ORDER**

- 1 -

The parties hereto hereby Stipulate and agree to extend the deadline for each party's initial expert witness disclosure and report requirement to October 26, 2007, and the deadline for rebuttal expert disclosures to November 26, 2007.

DATED: September 7, 2007            SEYFARTH SHAW LLP


By /s/ Mark Grajski
Mark P. Grajski
Attorneys for Defendant
ROTECH HEALTHCARE, INC.


DATED:  September 6, 2007            SHER♦MINNARD LLP


 /s/ Carla Minnard
CARLA V. MINNARD
Attorneys for Plaintiff CURTIS MINNARD


**IT IS SO ORDERED.**

Dated:  September 20, 2007




GARLAND E. BURRELL, JR.
Chief United States District Judge