UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MINNARD, ) | |
| ) | 2:06-cv-01460-GEB-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROTECH HEALTHCARE INC., ) | |
| ) | |
| Defendant. ) | |

Trial in this action is scheduled to commence at 9:00 a.m. on September 23, 2008, yet to date no trial document has been filed. The Final Pretrial Order ("FPO") filed June 26, 2008, required certain trial documents to be filed by now. Plaintiff shall explain in a filing due no later than noon on September 16, 2008, why this action should not be dismissed for failure to comply with the filing deadlines in the FPO, and all parties and their respective counsel shall explain in a filing due no later than noon on September 16, 2008, why sanctions should not be imposed against each party and counsel for failure to comply with the filing deadlines in the FPO. If Plaintiff fails to respond to this order,

/ / /

1

1  this action could be dismissed as early as one minute after noon on
2  September 16, 2008.
3          IT IS SO ORDERED.
4  Dated:  September 15, 2008
5
6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge